CV 13     6849

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 04 2013 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Charles Lloyd

☐ ORIGINAL

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

P.O. Michael Mcavoy

SGT. Thomas Sabbio

Gregory Clarke

police Commissioner

Raymond Kelly

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☒ Yes ☐ No
(check one)

COGAN, J.

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

I.   **Parties in this complaint:**

A.   List your name, identification number, and the name and address of your current place of
     confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper
     as necessary.

Plaintiff   Name   Charles Lloyd
            ID #   541·13·00597
            Current Institution   Rikers Island   18-18
            Address   Hazen St. East elmhursT N.Y.
                      11370   C-95

B.   List all defendants' names, positions, places of employment, and the address where each defendant
     may be served. Make sure that the defendant(s) listed below are identical to those contained in the
     above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name   Michael Mcavoy   Shield #   15100
                  Where Currently Employed   120 PrecincT   78
                  Address   richmond Terrace   2320 Hylan
                  boulevard   116 main ST.  S.I.  N.Y.
                  10301.

Rev. 05/2010

Defendant No. 2    Name __Thomas Sabbio__ TAX# __937463__ Shield # _____
Where Currently Employed __120 Precinct 78 richmond__
Address __Terrace 2320 Hylan boulevard__
__116 main St. S.I. N.Y. 10301__

Defendant No. 3    Name __Gregory clarke ESQ__ Shield # _____
Where Currently Employed __The legal aid Society__
Address __60 Bay St. Staten Island__
__N.Y. 10301.__

Defendant No. 4    Name __Raymond Kelly__ Shield # _____
Where Currently Employed __1 police Plaza - room__
Address __5-20 Street level OF police__
__headquarters N.Y. N.Y. 10038__

Defendant No. 5    Name _____ Shield # _____
Where Currently Employed _____
Address _____

II.    Statement of Claim:

State as briefly as possible the facts of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.    In   what   institution   did   the   events   giving   rise   to   your   claim(s)   occur?

_____
_____

B.    Where   in   the   institution   did   the   events   giving   rise   to   your   claim(s)   occur?

_____
_____
_____

C.    What date and approximate time did the events giving rise to your claim(s) occur?

__April 15 Th. 2013__
_____

This is what Happen To Me

My Complaint

11/18/13

"Salutations".

On april 15Th 2013 I was arrested for assault
in the second degree and for criminal posscession
of a weapon in the third degree, which SgT
Thomas pollari and p.o. Michael mcavoy had
used perjury by trying to make the complain-
tant witness say things that didn't happen.
which was that i had pistol whipped the
witness with a gun that p.o. Michael mcavoy
had founded on the first floor of the two story
family house, which is a family apartment on
the first floor and another family who lives on
the second floor as well. This officer had
founded that bag in the hallway on the first floor
and brought it upstairs to the witness. Just by
the back round of the picture where this bag
was supposely found at shows that it was on
the first floor in the hallway by this distinguis!
ed mask on the floor in the tower left side of
the picture where this mark is where the stairs
black bannister that is cemented in the around
on the first floor of this hallway leading up to
the second floor. And this radiator that is opposite
accross from this bannister. These officers /and
sgT wanted the witness to insubordinate her
story in the police report complaint which

She never stated any of that pistol whipping assault in her written witness statement. And being that they couldn't get her to lie or go to the hospital they took it apond them selfs to forged her signiture in this insubordinating police report. Which you can see a big different in the signitures from the Domestic incident report to the witness statement. This is persury and forgery which is FRUIT OF A POISONOUS Tree. These signitures are two different peoples hand writings one belonging to the witness and the other is a unknown officer. Hers is spelled mary while the other is spelled moy. Which in hers She connects her Ary and in the forged one the M connects to the big O and the space between T and many other different things in these if match signitures. Not only did She made it explicit[14] clear to these arresting officers that i did not have, or hit her with a gun, They still went and did what they wanted to do disrespecting and disregarding the rules of the constitution of the united states of america. There is no hospital report stating that she suffer serious indusies and was hit with a gun. And then on april 18 2013 she didn't show up in the grand Jury and told this D.A of Richmond county that these officers and SGT had violated and faborcated a felony complaint when it was just a misdemeanor Like she stated i came over to her apartment

and she heard from hear say that i was saw with with other womens and she wanted a phone that she brought for me as a gift. She started to go into my pockets trying to find and take the phone back from me, i am pulling away from her trying to get her off of me and from ripping my shirt off of me i pushed her off of me with a open hand to her face area. Not a punch or a slap but a push causing her to bite or slightly bust her lip nothing to serious no blood was dripping. I had a investigator go and speak with the witness being that she never showed up to the grand jury the day before which was april 18 2013 and he went and talked with her on april 19 2013 after i been indicted. I also have a laboratory examination report. But in this report they only checked for operabilty of the gun as if i shot her or some one and not check for biological chemicals such as sweat, blood and fingerprints. Being that me and the witness is saying that i didnt hit her with or had a gun. This gun was classified as a misdemeano Penal Law 265.01 a empty gun. All of my rights had been violated from not being able to participate in the grand jury to not being able to have any pretrial hearrings. I was indicted on april 18 2013 at 18 richmond terrace, staten island N.Y. 10301 and indictment number is 118/2013. I was maliciously prosecuted. Respectfully sumitted Charles Lloyd Charles Lloyd.

A.    OCCURRENCES

> Date:  On or about April 15, 2013 around 8:30am
> Place:  Inside of 156 North Burgher Ave, 2nd floor, Staten Island, NY

ARREST

> Date:  On or about April 15, 2013 around 9am
> Place:  Inside of 156 North Burgher Ave, 2nd floor, Staten Island, NY

**B.    NOTICES**
1.    STATEMENTS
[X] If checked, notice is hereby served, pursuant to CPL § 710.30(1) (a), that the People intend to offer at trial evidence of statements made by defendant to public servants.
    → "That's not my gun." ←

2.    IDENTIFICATION
[ ]   Notice is hereby served, pursuant to CPL § 710.30(1) (b), that the People intend to offer at trial testimony regarding an observation of defendant either at the time or place of the commission of the offense or upon some other occasion relevant to the indictment, to be given by a witnesses who has previously identified defendant.

**C.    DISCOVERY**
1. .    ADDITIONAL STATEMENTS
[ ] If checked, the People hereby disclose written, oral or recorded statements of a defendant or of a co-defendant to be jointly tried, made, other than in the course of the criminal transaction, to a public servant engaged in law enforcement activity or to a person then acting under his direction or in cooperation with him, and which statements are not given in section B(1) above.  CPL § 240.20(1)(a).

2.    GRAND JURY TESTIMONY
[ ] If checked, defendant or a co-defendant to be tried jointly testified before the Grand Jury relating to this criminal action.  CPL § 240.20(1)(b).

3.    SCIENTIFIC AND MEDICAL REPORTS.
[X ] If checked, the People hereby disclose written reports or portions thereof, concerning a physical or mental examination or scientific test or experiment, relating to this criminal action, which were made by, or at the request or direction of a public servant engaged in law enforcement, or by a person whom the People intend to call as a witness at trial, or which the People intend to introduce at trial. CPL § 240.20(1)(c).
        -Chemical Lab Report
        -Ballistics Lab Report

4.    PHOTOGRAPHS AND DRAWINGS

Explicity explaining how the 120 Precinct located at 78 richmond Terrace 2320 Hylan boulevard 116 main ST Staten Island, New york 10301 Had violated my constitutional rights.

1. Perjury — This officer Michael Mcavoy shield #15100 and sgt. Thomas Sabbio Tax# 937463 had fabricated and lied under oath by writing in the Domestic incident report that i hit a baby and that i hit the Complaintant witness with a gun.

2. Forgery — These officer, sgt and leagl aide society lawyer Mr. Gregory clarke had worked together and signed the complaintant witness signiture to try and convince me that she signed it so that i would cop out to the D.A. plea bargin.

3. violation of the fourth amendment. This violation came about when this officer Michael Mcavoy and sgt Thomas Sabbio took it upon them selfs to illegally search the down stairs hallway without a warrant knowing that this 911 call was for the second floor apartment of this two family and story house. which picture of where they said with perjury that this bag with a gun in it was in the livingroom shows that it was in the hallway on the first floor from the back round of the picture.

4. violation of the sixth amendment. This leagl Aid society lawyer Mr. Gregory clarke located at 60 Bay ST. S.I. N.y. 10301 had violated my assistance of counsel by lying to me about the complaintant signing the Domestic incident report and never informing me of the witness statements or using these statements for my defense or putting in a motion to dismiss indictment being that he knew about these statements and that she didn't participated in the grand jury or have a hospital report.

5. Explaining how this all took place. On April 15Th 2013 I was maliciously prosecuted for a gun that wasn't

Case 1:13-cv-06849-BMC-JMA  Document 1  Filed 12/04/13  Page 8 of 21 PageID #: 8

Explaining how the 120 Precinct located at 78 Richmond Terrace 3530 Hylan boulevard 1lb main St Staten Island, New York 10301, Had violated my constitution to rights.

1. Because This Officer Michael Mcavoy Shield #15100 and Sgt Thomas Sabric Tax #931463 had fabricated and lied under oath by testifying in the domestic incident report that i hit a baby and that i hit the Complaintant in/with a gun.

2. forgery. These officers, Sgt and legal aide society lawyer Mr. Gregory Clarke had worked together and signed the complaintant witness Signature to try convince me that she signed it so that i would cop out to the D.A. plea bargin.

3. Violation of the fourth amendment. This violation came about when this officer Michael Mcavoy and Sgt Thomas Sabrio took it upon them selfs to illegaility search the down stairs hallway without a warrant knowing that this 911 call was for the second floor apartment of this two family and store house, which picture of where they said with perjury that they saw a gun in it was in the livingroom that it was in the hallway on the first floor from the back round of the picture.

4. Violation of the Sixth amendment. This Legal Aid Society lawyer Mr. Gregory Clarke located at 60 Bay St. S.I. N.Y, 10301, had violated my assistance of counsel by lying to me about the complaintant signing the domestic incident report and never informing me of the witness statements or using these statements for my defense, or putting in a motion to dismiss indictment being that he knew about these statements and didn't she didn't participated in the attend them or have a hospital report.

5. Explaining how this all took place on April 15th 2013

D.   Facts: _____

| What happened to you? | _____ |

| Who did what? | _____ |

| Was anyone else involved? | _____ |

| Who else saw what happened? | _____ |

III.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

IV.   Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes _____   No ✔

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).  Not applicable

B.    Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes _____   No XX   Do Not Know _____

C.    Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes _____   No XX   Do Not Know _____

If YES, which claim(s)? _____ Not applicable

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes _____   No XX

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes _____   No XX

E.    If you did file a grievance, about the events described in this complaint, where did you file the grievance? _____ Not applicable

   1.    Which claim(s) in this complaint did you grieve? _____
   _____ Not applicable

   2.    What was the result, if any? _____

   3.    What steps, if any, did you take to appeal that decision?  Describe all efforts to appeal to the highest level of the grievance process. _____

   Claims Derived From unlawful arrest/ not applicable

F.    If you did not file a grievance:

   1.    If there are any reasons why you did not file a grievance, state them here: _____

   Claims are of serious nature that requires
   Intervention by the court.

   2.    If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any:___Not applicable_____

_____

_____

_____

_____

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

    Civil Rights complaint ( 1983 ) is only relief for
    the allegation outlined in this complaint.

_____

_____

**Note:**   You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V.    Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). ___I am seeking and suing for
Ten million dollars for the violations of my constitutional
rights which is my fourth and sixth amendments as well
as for these officers and lawyer using perjury and forgery,
which i have been suffering cruel and unusual punishment because
of being arrested and taken away from my two months old
daughter who is eight months old now and my seven years
old daughter, I loss that chance to see my baby sit up, laugh
and speak baby words for the first time. Like DADA. And for
being maliciously prosecuted for a gun that wasn't mines.
when all the people had to do was take DNA to prove it
wasn't mines.

_____

_____

_____

## VI.    Previous lawsuits:

On these claims

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

    Yes ☒   No ☒

B.    If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below.  (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

    1.    Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

    2.    Court (if federal court, name the district; if state court, name the county) _____
_____

    3.    Docket or Index number _____

    4.    Name of Judge assigned to your case _____

    5.    Approximate date of filing lawsuit _____

    6.    Is the case still pending?  Yes _____  No _____

          If NO, give the approximate date of disposition _____

    7.    What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in   your   favor?   Was   the   case   appealed?)   _____
_____
_____

---

| On other claims |
| --- |

C.    Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
    Yes _____   No X X

D.    If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

    1.    Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

    2.    Court (if federal court, name the district; if state court, name the county) _____
_____

    3.    Docket or Index number _____

    4.    Name of Judge assigned to your case _____

    5.    Approximate date of filing lawsuit _____

    6.    Is the case still pending?  Yes _____  No _____

          If NO, give the approximate date of disposition _____

    7.    What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____
_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __9__ day of __October__ , 20 _13_.

Signature of Plaintiff    _Charles Lloyd_

Inmate Number    _541-13-00597_   A.M.K.C.

Institution Address    _18-18 Hazen ST eCiST_

_elmhurST N.Y. 11370_

_Rikers ISland_

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this __9__ day of __October__ , 20 _13_, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:    _Charles Lloyd_

# DOMESTIC INCIDENT REPORT

Agency: NYPD

| DATES | Month | Day | Year | Time incident began/occurred | | Upon arrival? | Precinct (pcy) CTV | Aided # (NYC) | Complaint # | Incident # 31424 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 4 | 15 | 13 | 0830 | 156 N. Burger Ave | APT # | | | | |
| | 4 | 15 | 13 | 0900 | How can we safely contact you? (e.g. Name, Phone) | | | | | |

○ Officer-Initiated  ● Radio Run  ○ Walk-In

## VICTIM/PARTY 1 (P1)

Name (Last, First, M.I.) (include aliases): **Dantzler, Mary**          Phone: ____    DOB: ___  Month ___ Day ___ Year ___   ○ Male ● Female

Street & City: **156 N. Burger Ave**    APT # ___   Zip ___

If non-English, language: ○ Spanish ○ Chinese ○ Other: ___

Injured? ○ No ● Yes    Removed to Hospital? ○ No ○ Yes If yes, what hospital? ___

Race: ○ White ● Black ○ Asian ○ American Indian ○ Other: ___   ○ Hispanic ○ Non-Hispanic ○ Unknown

Notes (ie. special needs, disability, requests): ___

Describe: **Bloody Lip**

## SUSPECT / PARTY 2 (P2)

Name (Last, First, M.I.) (include aliases): **Lloyd, Charles**        Phone: ___   DOB: Month **7** Day **1** Year **81** Age **31**   ● Male ○ Female

Street & City: **156 N. Burger Ave**    APT # ___   Zip ___

If non-English, language: ○ Spanish ○ Chinese ○ Other: ___

Injured? ● No ○ Yes    Removed to Hospital? ● No ○ Yes If yes, what hospital? ___

Race: ○ White ● Black ○ Asian ○ American Indian ○ Other: ___   ○ Hispanic ○ Non-Hispanic ○ Unknown

Prior DV History? ● Yes ○ No
Prior DV police report? ○ Yes ● No
Victim fearful? ● Yes ○ No
Suspect:
Access to weapons? ● Yes ○ No
Drug/Alcohol history? ○ Yes ● No
Suicide threat history? ○ Yes ● No

Describe: ___

### SUSPECT/P2 present?
● Yes
○ No

### LIVING SITUATION
Do parties *currently* live together? ● Yes ○ No
IF NO, have they lived together *in the past*? ○ Yes ○ No
Do the parties have a *child-in-common*? ● Yes ○ No

### RELATIONSHIP: (SUSPECT / P2 to VICTIM / P1)
○ Married            ○ Formerly Married
● Intimate Partner/Dating   ○ Former Intimate/Dating
○ Child of victim/party 1   ○ Parent of victim/party 1
○ Relative: ___       ○ Other: ___

## ASSOCIATED PERSONS

1. Name (Street / APT# / City, if needed) ___   Phone ___  DOB Month ___ Day ___ Year ___  Relationship to victim / P1 ___

2. ___

3. ___

## SUSPECT ACTIONS

(Check all that apply)
○ Biting
○ Destroyed Property (Estimated $ ___)
○ Forced Entry
○ Forcible Restraint
○ Hair Pulling
○ Homicide

○ Impaired Alcohol/Drugs
○ Injury to Child
○ Injury to Other Persons
○ Injury to Pet/Animal
○ Interference with Phone
○ Intimidation/Coercion
○ Kicking
○ Punching

○ Pushing
○ Sexual Assault
○ Shooting
○ Slapping
○ Slamming Body
○ Stabbing
○ Strangulation/"Choking"
○ Suicide or Attempt

○ Threw Items
○ Unwanted Contact
○ Verbal Abuse
○ Violated Visitation/ Custody Conditions
○ OTHER Suspect Actions: ___

● Threats: (specify)
○ Injure/Kill Persons
○ Injure/Kill Self
○ Injure/Kill Pet/Animal
○ Take Child
○ Destroy/Take Property
○ Other: ___

● Threat with weapon
● Weapons used: (specify)
○ Blunt Object
○ Gun
○ Motor Vehicle
○ Sharp Instrument
○ Other: ___

## ARREST

Arrest Made? ● Yes ○ No   Arrest # **S136 03649**

Reasons arrest not made on-scene: ○ No Offense Committed ○ No Probable Cause ○ Suspect Off-Scene ○ Warrant/Criminal Summons to be requested ○ Violation level: not in police presence (no citizen's arrest) ○ Other: ___

## OFFENSES & OP

| | Offenses | Law (e.g. PL) | Section (Sub) | Charges Filed | Offenses Involved: (check all that apply) |
|---|---|---|---|---|---|
| 1. | CPW | | | ○ | ● Felony  ○ Misdemeanor  ○ Violation  ○ Other ( Specify) |
| 2. | Assault 2 | | | ○ | |
| 3. | | | | ○ | |

Registry Checked?  ○ Yes ○ No
Order of Protection?  ○ Yes ○ No   ○ Family ○ Criminal ○ Supreme
Stay Away Order?  ○ Yes ○ No   ○ Out of State ○ Tribal
Order Violated?  ○ Yes ○ No   Expiration Date: Month ___ Day ___ Year ___
Any PRIOR orders?  ○ Yes ○ No

OP Court Name: ___

## STOP! → ★★★★★★★★★★★★★ COMPLETE STATEMENT ON PAGE 2 NEXT ★★★★★★★★★★★★★★ →

Photos Taken? ● Yes ○ No   IF YES, photos taken of: ☑ Victim Injuries ○ Suspect Injuries ○ Scene ○ Damaged Property ○ Other: ___

Other evidence collected? ● Yes ○ No   IF YES, describe: **Gun, Marijuana**

## INVESTIGATION

Results of investigation and basis of action taken. (Were excited utterances, spontaneous admissions or spontaneous statements made?) ○ Yes ○ No (Complete 710.30 or other form when applicable).

**At T/P/O c/v states deft. who is an intimate partner w/ c/v & has 1 child in common, struck her in the face w/ a firearm causing a bloody lip. Deft. Arrested upon police arrival.**

Any Guns in House? ○ Yes ○ No   Any Guns Seized? ○ Yes ○ No   Household Member Has Pistol Permit? ○ Yes ○ No   Permit Seized? ○ Yes ○ No

Permit #(s): ___   Issuing County: ___   Name on Permit(s): ___

Is there reasonable cause to suspect a child may be the victim of abuse, neglect, maltreatment, or endangerment? ○ Yes ○ No
IF YES, officer must contact the NYS CHILD ABUSE HOTLINE REGISTRY # 1-800-635-1522

IS SUSPECT ON PAROLE or PROBATION?
○ Probation  ○ Parole  ○ Not Supervised  ○ Status Unknown

CONTACTS INITIATED BY POLICE: ○ Domestic Violence Services ○ Child Protective Services (or ACS) ○ Other Agency: ___

| | (PRINT and SIGN) I.D. | Month | Day | Year | |
|---|---|---|---|---|---|
| Officer's Signature (& Rank) | McCoy 944285 | 4 | 15 | 13 | |
| Supervisor's Signature (& Rank) | (PRINT and SIGN) | | | | |

1. Was DIR given to the victim at the scene? ○ Yes ○ No
2. Was Victim Rights Notice given to victim? ○ Yes ○ No
IF NO, give reason: ___

Page 2 of 2

*Page 2 of the NYS Domestic Incident Report:*
## STATEMENT OF ALLEGATIONS / SUPPORTING DEPOSITION

Suspect Name (Last, First, M.I.)

I, _____ (victim/deponent name), state that on ___/___/___ (date) at _____
Yo, _____ (nombre de victima/deponente), declaro que en tal fecha ___/___/___ en _____

(location of incident), in the County/City/Town/Village of _____ , of the state of New York, the following did occur:
(donde el incidente ocurrio), el condado/ciudad/aldea/pueblo de _____ , del estado de Nueva York, lo siguiente occurio:

Hz hit me in My Mouth
in he hilly Baby
I'm Too Tired of him
he hit ue in face with the
gun

*(Use additional pages as needed)*

**False Statements made herein are punishable as a Class A Misdemeanor, pursuant to section 210.45 of the Penal Law.**
Declaraciones falsas hechas aqui son castigables como una clase de delito menor, de acuerdo con la seccion 210.45 de la ley penal.

_____ ← Forged          4/15/13
Victim/Deponent Signature                    Date
Firma de victima/deponente                   Fecha

Note:
*Whether or not this form is signed, this DIR form will be filed with law enforcement.*

Interpreter _____          Date _____

Nota:
*Si esta forma esta firmada, o no, esta DIR forma sera registrada con la policia.*

_____          Date 4/15/13
Witness or Officer

# Investigator Report

## Confidential Attorney Work Product

**Date:** April 19, 2013

**To:** File #F034/13

**From:** George Santiago, Investigator, LAS, SI

**Client:** Charles Lloyd

**Docket:** 2013RI003007

On the above date at approximately 1600 hours Ms. Mary Dantzler was interviewed regarding her complaint against Charles Lloyd. Ms. Dantzler was informed that I am an Investigator from the Legal Aid Society, working on this matter for Mr. Lloyd's attorney. She was informed that she was under no obligation to speak with me. She did voluntarily give her account of what occurred on April 15, 2013 at her residence, 156 N. Burgher Ave. Staten Island, NY.

Ms. Burgher stated that she and Charles has a long history of mental illness. She stated that on the April 15, 2013 Charles had come to her home and they began to argue because she is aware that Charles is with other women. She also stated that she is tired of taking care of him, while he is with other women. She claims that he got upset when she wouldn't have sex with him. She goes onto state that what really upset him was when she asked for her cell phone back from him. She claimed that she was paying for it and wanted it back.

It was at this point, while he was heated, that he punched her in the face, with a closed fist. She claims that she didn't call the police. However, when the police arrived, she tried to inform them that everything was okay, but they entered her home anyway and while she was talking with one of them. A female police officer came into the apartment and she the gun. [HAD] She went onto state that the gun was in a green and black bag. Ms. Dantzler informed the police that he did not have a gun. She goes onto state that the officers insisted that she state that he had the gun in her complaint and that he hit her with it.

# Investigator Report

## Confidential Attorney Work Product
## (Cont)

Ms. Dantzler goes onto state that she has not signed a complaint against him, she also stated that she was visited by members of the D.A.'s office, yesterday, and she informed them that is not going forward with this complaint because that didn't happen.

She further stated that she has not received and Order of Protection, but would like one, so that he can stay away. She added that he does not need jail time he needs metal health assistance, and she cannot deal with him right now.

Ms. Dantzler provided a written statement.

# WITNESS' STATEMENT

Page ___ of ___

Made by _Mary Dontzler_

Street Address _156 N. Burgher Ave_ Phone _____

City and State _Staten Island, ny_ Date _4/18/13_ Time _1600 hrs_

Statement _____

he came to my house in we did fight he push my mouth he did not have a gun he would never hit me with a gun I don't know were that gun came from it did not come from my house the cops found it in the hallway in they which is the cops told me to say he hit me with it in I didn't my face is fine he did push me in my Lip But not with a gun the gun was in a Bag in the hallway But I never seen him with the Bag at all

I have written or dictated this statement and reviewed it for accuracy and completeness, and it is true and accurate to the best of my knowledge and belief.

Signature of Person Making Statement _Mary Dontzler_

Witness _____

C 45

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF RICHMOND

THE PEOPLE OF THE STATE OF NEW YORK

-against-

CHARLES LLOYD

Defendant.

PEOPLE'S VOLUNTARY
DISCLOSURE FORM

Ind. No.
118-2013

The People of the State of New York hereby voluntarily disclose to defendant(s) the following information pertaining to the above-captioned case:

BILL OF PARTICULARS

On April 15, 2013 officers received a call of an assault in progress at 156 North Burgher, 2nd floor. Upon arrival, CW opens door crying, out of breath, shaking, etc. POs walk in and observe CW's cut swollen bleeding lip. CW tells POs that D (who is in location) hit her in the face with a gun and that the gun is on the floor in a bag. The gun is a Sig 357 (operable firearm -- and there are rounds in the magazine.) Gun is in an open bag on the floor and there are two toddlers walking around the living room (4 children total in the apartment - all under the age of 4 years.

D has a prior conviction for 265.01. D is a violent predicate.

This Bill of particular has also been faborccted to try and Justify how this Plainted or illegally Searching of the down stairs hallway Gun in bag was founded, I have been indicted without me or the witness participating in the Grand Jury or without a hospital report. I am being framed and D.N.A of that Gun will clear me. This Bill of Particular Says that i was on the scene meaning that i didn't have time to clean the Prints, sweat or and blood from this so Called Gun that was suppose to be mines and that it should and would be one of these biological chemicals remainded on this weapon if i was in possession of this Gun. Another insubordination is when they the Cops Said that, that Gun was a loaded weapon but in the laboratory report it was Classified as a 265.01 misdemeanor those bullets wasn't for that Guns. I do have a Prior conviction for having a Gravity Knife in my car at a check point;

1.

04/15/2013 12:38

Stairs bannister
in Black.

Black
stairs
First
Floor
Bann-
-ister

 **THE LEGAL AID SOCIETY**

Staten Island Criminal Defense Office
60 Bay Street
Staten Island, NY 10301
T (347) 422-5333
www.legal-aid.org

Direct Dial:
Direct Fax:
E-mail:

Blaine (Fin) V. Fogg
*President*

Steven Banks
*Attorney-in-Chief*

Seymour W. James, Jr.
*Attorney-in-Charge*
Criminal Practice

Christopher P. Pisciotta
*Attorney-in-Charge*
Richmond County Office

May 31, 2013

Mr. Charles Lloyd
Book & Case # 5411300597
AMKC
18-18 Hazen Street
East Elmhurst, New York 11370

Re:   <u>People v. Lloyd</u>
      <u>Indictment #: 118/2013</u>

Dear Mr. Lloyd:

As per your request enclosed please find a copy of all the documents from the above referenced matter. If you have any questions feel free to contact your attorney Gregory Clarke, Esq. at 1-347-390-1811.

Sincerely,

Patricia Slizewski
Paralegal II
Criminal Defense Practice